AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Mejina Louis LYVINGSTON<br><br><br>**Defendant.** | ) | Case No. 8:26-PO-128 (ML) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 8, 2026, in the county of Clinton in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry into the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

[signature]
*Complainant's signature*

Asta M. Amar
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 10, 2026

[signature]
*Judge's signature*

City and State: Binghamton, New York

United States Magistrate Judge, Miroslav Lovric
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Asta M. Amar, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for two years and have been assigned to the Swanton Sector since January 2024. I successfully completed training at the United States Border Patrol Academy in 2024, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging the defendant with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

**3.** On November 8, 2026, BPAs received information from Clinton County Sherrif's Office of an unknown female subject who appeared at a local residence near Hemmingford Road in Mooers, NY, requesting assistance and water.

4. BPAs responded to the area and identified themselves and asked the defendant for her immigration status. The defendant admitted that she is a citizen of Haiti and conveyed that she unlawfully crossed the international boundary between the United States and Canada approximately two days prior and had been hiding in the woods since that time. The defendant was transported to the USBP station for further processing.

5. At the station, BPAs fingerprinted the defendant and records checks confirmed that the defendant is not a citizen or national of the United States; that she did not have permission to enter the United States; and that the defendant had not entered the United States through a port of entry.

**Conclusion**

6. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Asta M. Amar
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 10, 2026

Hon. Miroslav Lovric
United States Magistrate Judge